**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Edgar Eluit Lezama SALDIVAR, also known as Edgar Eliud Saldivar Lezama, also known as Edgar Eliud Lezama–Saldivar, also known as Edgar El-**

iud Lezama Saldivar, also known as Edgar Eliut Lezama–Saldivar, also known as Edgar E. Lezama–Saldivar, Defendant–Appellant.

No. 11–20728
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 21, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Kenneth W. McGuire, Esq., McGuire Law Firm, Houston, TX, for Defendant–Appellant.

Before SMITH, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Edgar Eliut Lezama Saldivar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Lezama Saldivar has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-

PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.